Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAIR R. COUTURIER, JR., DAVID R. ) <br> JOHANSON, ROBERT E. EDDY, JOHANSON ) <br> BERENSON LLP, and PENSCO, INC., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> THE EMPLOYEE OWNERSHIP HOLDING ) <br> COMPANY, INC. EMPLOYEE STOCK ) <br> OWNERSHIP PLAN, NOLL ) <br> MANUFACTURING COMPANY, ) <br> N &NW MANUFACTURING HOLDING ) <br> COMPANY, INC. and THE EMPLOYEE ) <br> OWNERSHIP HOLDING COMPANY, INC., ) <br> ) <br> Nominal Defendants. ) <br> ) <br> ) <br> ) | No. 2:07-CV-01208-WBS-JFM <br><br> **Notice of Related Cases** |

Pursuant to E.D. Cal. Local Rule 83-123, Plaintiff gives notice that her action is related to another case pending in this District, namely, *Johnson v. Couturier,* No. 2:05-CV-02046 RRB-KJM. The two cases raise the same claims against the same defendants. This

case differs from the *Johnson* case only in that it is filed by a plaintiff not a party to the *Johnson* case.

Judge Beistline, now assigned to the *Johnson* case, has already ruled on three major motions in the case, and four others are now pending before him. Given the similarity in the two cases, they should plainly be assigned to a single judge and Judge Beistline, who is already very familiar with the matter, should, we submit, be the judge assigned to both cases.

DATED: June 23, 2007.

KELLER ROHRBACK, L.L.P.

By:/s/ *Juli E. Farris*
Juli E. Farris
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff