

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

DARLEEN STANTON,

                Plaintiff(s),

v.

CLAIR R. COUTURIER, et al.,

                Defendant(s).

Case No. 2:07-cv-01208 WBS-JFM

I, Gary D. Greenwald,

attorney for Plaintiff Darleen Stanton,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Keller Rohrback, PLC

Address: 3101 North Central Avenue, Suite 1400

City: Phoenix

State: Arizona     ZIP Code: 85012

Voice Phone: (602) 248-0088

FAX Phone: (602) 248-2822

Internet E-mail: ggotto@kellerrohrback.com

Additional E-mail:

I reside in City: Anthem     State: Arizona

I was admitted to practice in the U.S. District Court, Southern District of Ohio (court) on May 4, 1975 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Juli E. Farris |
| Firm Name: | Keller Rohrback, LLP |
| Address: | 1201 Third Avenue, Suite 3200 |
| City: | Seattle |
| State: | Washington    ZIP Code: 98101 |
| Voice Phone: | ( 206 ) 623-1900 |
| FAX Phone: | ( 206 ) 623-3384 |
| E-mail: | jfarris@kellerrohrback.com |

Dated: June 27, 2007    Petitioner: *Gary D. Greenwald*

**ORDER**

IT IS SO ORDERED.

Dated: _____    _____
                                  JUDGE, U.S. DISTRICT COURT

Save As    Print