UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA




**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

DARLEEN STANTON

Plaintiff(s),

Case No. 2:07-cv-01208 WBS-JFM

v.

CLAIR R. COUTURIER, et al.,

Defendant(s).

I, Ron Kilgard,

attorney for Plaintiff Darleen Stanton,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Keller Rohrback

Address: 3101 North Central Avenue, Suite 1400

City: Phoenix

State: Arizona ZIP Code: 85012

Voice Phone: (602) 248-0088

FAX Phone: (602) 248-2822

Internet E-mail: rkilgard@kellerrohrback.com

Additional E-mail:

I reside in City: Phoenix State: Arizona

I was admitted to practice in the Arizona Supreme Court (court) on October 13, 1979 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

**I have ☐** / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Johnson, et al. v. Couturier, et al., 2:05-cv-02046 RRB-KJM (Application granted 10/12/2006).

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Juli E. Farris

Firm Name: Keller Rohrback, LLP

Address: 1201 Third Avenue, Suite 3200

City: Seattle

State: Washington ZIP Code: 98101

Voice Phone: (206) 623-1900

FAX Phone: (206) 623-3384

E-mail: jfarris@kellerrohrback.com

Dated: June 25, 2007 Petitioner: */s/ Ron Kilgard*

**ORDER**

IT IS SO ORDERED.

Dated: 6/29/2007

JUDGE, U.S. DISTRICT COURT