LOIS O. ROSENBAUM (SBN 60284)
lorosenbaum@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9293
Facsimile: (503) 294-9113

Attorneys for Defendant Robert E. Eddy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON,<br><br>        Plaintiff,<br><br>        v.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC.,<br><br>        Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC., EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N & NW MANUFACTURING HOLDING COMPANY, INC., and THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.,<br><br>        Nominal Defendants. | Case No. 07-01208 WBS-JFM<br><br>NOTICE OF APPEARANCE OF DEFENDANT ROBERT E. EDDY |

TO:        CLERK OF THE COURT

AND TO:    Gary A. Gotto
                  Gary D. Greenwald
                  Juli E. Farris
                  Ron Kilgard
                  KELLER ROHRBACK, LLP

                  Counsel for Plaintiff Darleen Stanton

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NOTICE OF APPEARANCE OF
DEFENDANT ROBERT E. EDDY    -1-    Civ No.07-01208

Portlnd3-1594879.1 0037768-00001

1   PLEASE TAKE NOTICE that defendant Robert E. Eddy hereby appears in the above-
2   captioned case by and through his attorney, Lois O. Rosenbaum of Stoel Rives LLP, and requests
3   that copies of all further pleadings and notices filed in the above-referenced case be served upon
4   the undersigned attorney at the following address:

>   Lois O. Rosenbaum. SBN 60284
>   lorosenbaum@stoel.com
>   Stoel Rives LLP
>   900 SW Fifth Avenue, Suite 2600
>   Portland, OR  97204-1268
>   Telephone:  (503) 294-9293
>   Facsimile:  (503) 294-9113

DATED:  July 26, 2007          STOEL RIVES LLP


By: /s/      Lois O. Rosenbaum
   LOIS O. ROSENBAUM. SBN 60284
   lorosenbaum@stoel.com
   Stoel Rives llp
   900 SW Fifth Avenue, Suite 2600
   Portland, OR  97204-1268
   Telephone:  (503) 294-9293

Attorney for Defendant Robert E. Eddy

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NOTICE OF APPEARANCE OF
DEFENDANT ROBERT E. EDDY          -2-          Civ No. 07-01208

Portlnd3-1594879.1 0037768-00001