CYNTHIA J. LARSEN (SBN 123994)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   916-447-9200
Facsimile:   916-329-4900
Email:       clarsen@orrick.com

Attorneys for Nominal Defendants
Noll Manufacturing Company, N&NW Manufacturing
Holding Company, Inc. and The Employee Ownership
Holding Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON,<br><br>   Plaintiff,<br><br>   v.<br><br>CLAIR R. COUTURIER, JR.; DAVID R. JOHANSON; ROBERT E. EDDY; JOHANSON BERENSON LLP; AND PENSCO, INC.,<br><br>   Defendants,<br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN; NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.,<br><br>   Nominal Defendants. | Case No. 2:07-CV-01208 WBS JFM<br><br>**RESPONSE OF DEFENDANT ROBERT E. EDDY AND NOMINAL DEFENDANTS NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. TO PLAINTIFF'S MOTION TO REASSIGN AND CONSOLIDATE CASES** |

Without taking a position on whether consolidation of this recently-filed action with *Johnson, et al., v. Couturier, et al.*, Case No. 2:05-CV-02046 RRB KJM, which has been pending for 21 months, is appropriate, defendant Robert E. Eddy ("Responding Defendant") and Nominal Defendants Noll Manufacturing Company; N & NW Manufacturing Holding Company, Inc.; and The Employee Ownership Holding Company, Inc. ("Nominal Defendants") respectfully urge that,

1  for the reasons stated below, the interests of justice will be best served by retaining the
2  assignment of this case to the Honorable William B. Shubb.
3          The *Johnson* case was filed by former participants in the TEOHC Employee Stock
4  Ownership Plan (the "Plan"), and seeks both monetary and equitable relief. The amended
5  complaint in *Johnson* alleges direct and derivative claims of breach of corporate fiduciary duties,
6  alleged violations of the Employee Retirement Income Security Act of 1974, as amended
7  ("ERISA"), as well as professional negligence, all based on acts alleged to have occurred over a
8  seven-year period. The amended complaint names as defendants directors and officers of several
9  corporate entities, as well as the Trustee of the Plan. Plaintiff's counsel in this case have now
10 filed this action on behalf of an existing participant in the Plan. The issues in both cases present
11 complex interpretations of law as applied to a number of even more complex transactions.
12 Resolution of the issues will likely involve multiple motions by a disparate group of defendants
13 and by an equally disparate group of plaintiffs and interested parties, as well as multiple court
14 conferences and pretrial hearings. Persons who may be affected by the determinations made in
15 these actions include not only the individual defendants and corporate defendants, the Plan, and
16 the ESOP Trust, but also the ESOP participants who are not parties to either lawsuit but who will
17 be directly affected by delays in distributions that are inevitable as a result of the filing of this
18 case and by the outcome of these cases.
19         Responding Defendant and the Nominal Defendants believe that the interests of justice
20 and judicial economy will be best served by not changing the assignment of this case, and by
21 reassigning the *Johnson* case to a District Court judge resident in the Eastern District. This
22 assignment would facilitate the expeditious scheduling of live hearings in these complex matters,
23 including evidentiary hearings involving the presentation of witnesses and exhibits, as well as a
24 potentially lengthy trial. While the services of Judge Beistline have been greatly appreciated, His
25 Honor's physical distance from the Eastern District as a resident of the District of Alaska
26 necessarily presents logistical issues and has prevented the holding of any live hearings over the
27 twenty-one months the *Johnson* case has been pending. Such difficulties would be resolved by
28 the assignment of the *Johnson* case to the Honorable William B. Shubb.

The Responding Defendant and the Nominal Defendants represent parties who would appear at hearings, and it is likely that a number of Plan participants who will also affected by these cases will want to appear in person for hearings if they were held in the Eastern District, as will the other defendants in this action who have not yet been served with process. The Responding Defendant and Nominal Defendants therefore respectfully request that the assignment of this case remain unchanged, and that the *Johnson* case be reassigned to the Honorable William B. Shubb, before whom this case is pending.

DATED: July 25, 2007.

CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Cynthia J. Larsen
Cynthia J. Larsen
Attorneys for Nominal Defendants
Noll Manufacturing Company, N&NW Manufacturing Holding Company, Inc. and The Employee Ownership Holding Company, Inc.

LOIS O. ROSENBAUM
STOEL RIVES LLP


/s/ Lois O. Rosenbaum
Lois O. Rosenbaum
Attorneys for Defendant
Robert E. Eddy