Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | )<br>) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM |
| vs. | )<br>) |
| CLAIR R. COUTURIER, JR., et al., | ) **ACCEPTANCE OF SERVICE**<br>) **FOR DEFENDANT ROBERT EDDY** |
| Defendants, | ) |
| and | ) |
| THE EMPLOYEE OWNERSHIP HOLDING<br>COMPANY, INC. EMPLOYEE STOCK<br>OWNERSHIP PLAN, et al., | )<br>)<br>) |
| Nominal Defendants. | ) |

1

1   Without waiver of any defenses, other than insufficiency of process or service of

2   process, as of this date, undersigned counsel hereby accepts service of the Summons and

3   Complaint in this matter on behalf of Defendant Robert Eddy.

4   DATED this 27th day of July, 2007.

5
                                            STOEL RIVES LLP
6                                           By: /s/ Lois O. Rosenbaum *(with consent)*
                                            900 S.W. 5th Avenue
7                                           Portland, Oregon 97221
                                            Phone:  (503) 294-9293
8                                           Fax:     (503) 294-9113
                                            Attorneys for Defendant Robert Eddy
9