1  Juli E. Farris (SBN 141716)
   KELLER ROHRBACK, L.L.P.
2  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
3  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
4  jfarris@kellerrohrback.com

5
   Ron Kilgard
6  Gary A. Gotto
   Gary D. Greenwald
7  KELLER ROHRBACK, P.L.C.
   3101 North Central Avenue, Suite 1400
8  Phoenix, Arizona 85012
   Telephone: (602) 248-0088
9  Facsimile: (602) 248-2822
   rkilgard@kellerrohrback.com
10 ggotto@kellerrohrback.com
   ggreenwald@kellerrohrback.com
11
12 Attorneys for Plaintiff

13                **UNITED STATES DISTRICT COURT**
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
14                       **SACRAMENTO DIVISION**

15

| | |
|---|---|
| 16  DARLEEN STANTON, ) | |
|     ) | |
| 17         Plaintiff, ) | No. 2:07-CV-01208-WBS-JFM |
|     vs. ) | |
| 18     ) | **ACCEPTANCE OF SERVICE** |
|     CLAIR R. COUTURIER, JR., et al., ) | **FOR DEFENDANT JOHANSON** |
| 19     ) | **BERENSON LLP** |
|         Defendants, ) | |
| 20  and ) | |
|     ) | |
| 21  THE EMPLOYEE OWNERSHIP HOLDING ) | |
| 22  COMPANY, INC. EMPLOYEE STOCK ) | |
|     OWNERSHIP PLAN, et al., ) | |
| 23     ) | |
|         Nominal Defendants. ) | |
| 24     ) | |
|     ) | |
| 25  _____) | |

26

1

Without waiver of any defenses, other than insufficiency of process or service of process, as of this date, undersigned counsel hereby accepts service of the Summons and Complaint in this matter on behalf of Defendant Johanson Berenson LLP.

DATED this 27th day of July, 2007.

                                        KLINEDINST, P.C.
                                        By: /s/ Natalie P. Vance *(with consent)*
                                        1107 9th Street, Suite 680
                                        Sacramento, California 95814
                                        Attorneys for Johanson Berenson LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

        Ron Kilgard
        Gary A. Gotto
        Gary D. Greenwald
        Keller Rohrback, PLC
        3101 North Central Avenue, Suite 1400
        Phoenix, Arizona 85012
        Attorneys for Plaintiff

        Juli E. Farris
        Keller Rohrback, L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
        Attorneys for Plaintiff

        Lois O. Rosenbaum
        Stoel Reves, L.L.P.
        900 S.W. 5th Avenue
        Portland, Oregon  97221
        Attorneys for Defendant Robert Eddy

1
2
3
4
5

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacrament, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

6   The foregoing was also served via email on the counsel listed below.

7
8
9

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

10
11
12

M. Taylor Florence
John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814

13
14
15

Erick C Howard
Shartsis Friese LLP
One Maritime Plaza
18th Floor
San Francisco, CA 94111

16
17
18

Christopher James Rillo
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5811

19
20
21

Natalie P. Vance
Klinedinst, P.C.
1107 9th Street
Suite 680
Sacramento, California  95814

22

By: /s/ Ron Kilgard

23
24
25
26