1    Juli E. Farris (SBN 141716)
     KELLER ROHRBACK, L.L.P.
2    1201 Third Avenue, Suite 3200
     Seattle, Washington 98101
3    Telephone: (206) 623-1900
     Facsimile: (206) 623-3384
4    jfarris@kellerrohrback.com

5

     Ron Kilgard
6    Gary A. Gotto
     Gary D. Greenwald
7    KELLER ROHRBACK, P.L.C.
     3101 North Central Avenue, Suite 1400
8    Phoenix, Arizona 85012
     Telephone: (602) 248-0088
9    Facsimile: (602) 248-2822
     rkilgard@kellerrorhback.com
10   ggotto@kellerrohrback.com
     ggreenwald@kellerrohrback.com
11
     Attorneys for Plaintiff
12
                    UNITED STATES DISTRICT COURT
13          FOR THE EASTERN DISTRICT OF CALIFORNIA
                       SACRAMENTO DIVISION
14

15   DARLEEN STANTON,                        )
                                             )
16           Plaintiff,                      ) No. 2:07-CV-01208-WBS-JFM
         vs.                                 )
17                                           )      STIPULULATION FOR
     CLAIR R. COUTURIER, JR., et al.,        ) ENLARGEMENTOF TIME FOR
18                                           ) DEFENDANT ROBERT EDDY TO
             Defendants,                     )   RESPOND TO COMPLAINT
19   and                                     )
                                             )
20   THE EMPLOYEE OWNERSHIP HOLDING          )
     COMPANY, INC. EMPLOYEE STOCK            )
21   OWNERSHIP PLAN, et al.,                 )
                                             )
22           Nominal Defendants.             )
                                             )
23                                           )
                                             )
24   _____)

25

26

27

28

1    WHEREAS, Defendant Robert E. Eddy has filed an Acceptance of Service of the Summons

2   and Complaint this same date; and

3    WHEREAS there are other Defendants who have not yet been served;

4    NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

5    Defendant Eddy's answer or other response to the Complaint will be due thirty (30) days after

6   counsel for Eddy is notified by counsel for Plaintiff that all Defendants have been served.

7

8    DATED: July 27, 2007

9   KELLER ROHRBACK, P.L.C.                    STOEL RIVES LLP
    By: /s/ Ron Kilgard                        By: /s/ Lois O. Rosenbaum *(with consent)*
10  Ron Kilgard                                900 S.W. 5th Avenue
    Gary A. Gotto                              Portland, Oregon 97221
11  Gary D. Greenwald                          Phone: (503) 294-9293
    3101 North Central Avenue, Suite 1400      Fax:    (503) 294-9113
12  Phoenix, Arizona 85012                     Attorneys for Robert Eddy

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                      **ORDER**

3          For good cause shown, the terms of the Stipulation to Extend the Time for Defendant

4   Robert Eddy to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED

5   to comply with its terms.

6

7          Dated:  July 27, 2007

8

9   _____
    WILLIAM B. SHUBB

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28