Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrorhback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | ) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM |
| vs. | ) |
| CLAIR R. COUTURIER, JR., et al., | ) **STIPULULATION FOR ENLARGEMENTOF TIME FOR DEFENDANT ROBERT EDDY TO RESPOND TO COMPLAINT** |
| Defendants, | ) |
| and | ) |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | ) |
| Nominal Defendants. | ) |

WHEREAS, Defendant Robert E. Eddy has filed an Acceptance of Service of the Summons and Complaint this same date; and

WHEREAS there are other Defendants who have not yet been served;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

Defendant Eddy's answer or other response to the Complaint will be due thirty (30) days after counsel for Eddy is notified by counsel for Plaintiff that all Defendants have been served.

DATED: July 27, 2007

| KELLER ROHRBACK, P.L.C. | STOEL RIVES LLP |
|---|---|
| By: /s/ Ron Kilgard | By: /s/ Lois O. Rosenbaum *(with consent)* |
| Ron Kilgard | 900 S.W. 5th Avenue |
| Gary A. Gotto | Portland, Oregon 97221 |
| Gary D. Greenwald | Phone: (503) 294-9293 |
| 3101 North Central Avenue, Suite 1400 | Fax:    (503) 294-9113 |
| Phoenix, Arizona 85012 | Attorneys for Robert Eddy |

## ORDER

For good cause shown, the terms of the Stipulation to Extend the Time for Defendant Robert Eddy to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: July 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE