Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrorhback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |
|---|---|
| DARLEEN STANTON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>                    Defendants,<br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING<br>COMPANY, INC. EMPLOYEE STOCK<br>OWNERSHIP PLAN, et al.,<br><br>                    Nominal Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 2:07-CV-01208-WBS-JFM

**STIPULULATION FOR
ENLARGEMENT OF TIME FOR
CLAIR R. COUTURIER, JR. TO
RESPOND TO COMPLAINT**

1    WHEREAS, Defendant Clair R. Couturier, Jr. has filed an Acceptance of Service of

2  the Summons and Complaint; and

3    WHEREAS there are other Defendants who have not yet been served;

4    NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

5    Mr. Couturier's answer or other response to the Complaint will be due thirty (30) days

6  after counsel for Mr. Couturier is notified by counsel for Plaintiff that all Defendants have

7  been served.

8

9    DATED: July 31, 2007

10

11  KELLER ROHRBACK, P.L.C.            Morgan, Lewis & Bockius, L.L.P.
    By: /s/ Ron Kilgard                By: /s/ Theodore M. Becker *(with consent)*
12  Ron Kilgard                        Theodore M. Becker
    Gary A. Gotto                      77 West Wacker Drive
13  Gary D. Greenwald                  5th Floor
    3101 North Central Avenue, Suite 1400   Chicago, Illinois 60601
14  Phoenix, Arizona 85012             312-324-1000
                                       Fax: 312-324-1001
15                                     Email: tbecker@morganlewis.com
                                       Attorneys for Defendant Clair Couturier, Jr.
16

17

18

19

20

21

22

23

24

25

26

1

2 **ORDER**

3      For good cause shown, the terms of the Stipulation to Extend the Time for Defendant

4 Couturier to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED

5 to comply with its terms.

6

7

8      Dated: _____, 2007

9

10

11                                         _____

12                                         The Honorable William B. Shubb
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2007 the foregoing was filed electronically.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Robert Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacrament, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

Stipulation for Enlargement of Time

1
M. Taylor Florence
John E. Spoomer
2
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
3
Sacramento, California 95814

4
Erick C Howard
Shartsis Friese L.L.P.
5
One Maritime Plaza
18th Floor
6
San Francisco, CA 94111

7
Christopher James Rillo
8
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
9
Washington, D.C.  20006-5811

10
Natalie P. Vance
Klinedinst, P.C.
11
1107 9th Street
12
Suite 680
Sacramento, California  95814

13

14
By: /s/ Ron Kilgard

15

16

17

18

19

20

21

22

23

24

25

26