Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, ) | |
| ) | |
| Plaintiff, ) | No. 2:07-CV-01208-WBS-JFM |
| vs. ) | |
| ) | **ACCEPTANCE OF SERVICE** |
| CLAIR R. COUTURIER, JR., et al., ) | **FOR DEFENDANT DAVID** |
| ) | **JOHANSON** |
| Defendants, ) | |
| and ) | |
| ) | |
| THE EMPLOYEE OWNERSHIP HOLDING ) | |
| COMPANY, INC. EMPLOYEE STOCK ) | |
| OWNERSHIP PLAN, et al., ) | |
| ) | |
| Nominal Defendants. ) | |
| ) | |
| ) | |

Without waiver of any defenses, other than insufficiency of process or service of process, as of this date, undersigned counsel hereby accepts service of the Summons and Complaint in this matter on behalf of Defendant David R. Johanson.

DATED this 31st day of July, 2007.

> Groom Law Group, Chartered
> By: /s/ Christopher J. Rillo *(with consent)*
> Christopher J. Rillo
> 1701 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006-5811
> Tel: (202) 857-0620
> Fax: (202) 659-4503
> crillo@groom.com
> Attorneys for Defendant David R. Johanson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

| | |
|---|---|
| 1 | |
| 2 | Lois O. Rosenbaum |
|   | Stoel Reves, L.L.P. |
| 3 | 900 S.W. 5th Avenue |
|   | Portland, Oregon  97221 |
| 4 | Attorneys for Defendant Robert Eddy |
| 5 | Cynthia J. Larsen |
|   | Orrick, Herrington & Sutcliffe LLP |
| 6 | 400 Capitol Mall, Suite 3000 |
|   | Sacrament, CA 95814 |
| 7 | Attorneys for Nominal Defendants Noll Manufacturing Company, |
|   | N & NW Manufacturing Holding Company, Inc., |
| 8 | and The Employee Ownership Holding Company, Inc. |

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

M. Taylor Florence
John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814

Erick C. Howard
Shartsis Friese L.L.P.
One Maritime Plaza
18th Floor
San Francisco, CA 94111

Christopher James Rillo
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5811

Natalie P. Vance
Klinedinst, P.C.
1107 9th Street
Suite 680
Sacramento, California  95814

By: /s/ Ron Kilgard