Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrorhback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | ) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM |
| vs. | ) |
| CLAIR R. COUTURIER, JR., et al., | ) **STIPULATION FOR ENLARGEMENT OF TIME FOR NOMINAL DEFENDANTS TO RESPOND TO COMPLAINT** |
| Defendants, | ) |
| and | ) |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | ) |
| Nominal Defendants. | ) |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Nominal Defendants Noll Manufacturing Company, N&NW Manufacturing Holding Company, Inc. and The Employee Ownership Holding Company, Inc. ("Nominal Defendants") have filed an Acceptance of Service of the Summons and Complaint this same date; and

WHEREAS there are other Defendants who have not yet been served;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

The Nominal Defendants' answer or other response to the Complaint will be due thirty (30) days after counsel for Nominal Defendants is notified by counsel for Plaintiff that all Defendants have been served.

DATED: July 30, 2007

| KELLER ROHRBACK, P.L.C. | ORRICK, HERRINGTON & SUTCLIFFE, L.L.P. |
|---|---|
| By: /s/ Ron Kilgard | By: /s/ Cynthia J. Larsen *(with consent)* |
| Ron Kilgard | 400 Capitol Mall, Suite 3000 |
| Gary A. Gotto | Sacramento, California 95814-4497 |
| Gary D. Greenwald | Phone: (916) 447-9200 |
| 3101 North Central Avenue, Suite 1400 | Fax: (916) 329-4900 |
| Phoenix, Arizona 85012 | Attorneys for Nominal Defendants Noll Manufacturing Company, N&NW Manufacturing Holding Company, Inc. and The Employee Ownership Holding Company, Inc. |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause shown, the terms of the Stipulation to Extend the Time for Nominal Defendants to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: July 31, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon 97221
Attorneys for Defendant Robert Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | M. Taylor Florence |
| 2 | John E. Spoomer<br>Bullivant Houser Bailey, P.C. |
| | 1415 L Street, Suite 1000 |
| 3 | Sacramento, California 95814 |
| 4 | Erick C Howard |
| 5 | Shartsis Friese L.L.P.<br>One Maritime Plaza |
| 6 | 18th Floor<br>San Francisco, CA 94111 |
| 7 | |
| 8 | Christopher James Rillo<br>Groom Law Group, Chartered |
| 9 | 1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-5811 |
| 10 | Natalie P. Vance |
| 11 | Klinedinst, P.C.<br>1107 9th Street |
| 12 | Suite 680<br>Sacramento, California 95814 |
| 13 | |
| 14 | By: /s/ Ron Kilgard |

PDF created with pdfFactory trial version www.pdffactory.com
Stipulation for Enlargement of Time