Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrorhback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | |
| Plaintiff, | No. 2:07-CV-01208-WBS-JFM |
| vs. | |
| CLAIR R. COUTURIER, JR., et al., | **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT JOHANSON TO RESPOND TO COMPLAINT** |
| Defendants, | |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | |
| Nominal Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the Defendant David R. Johanson ("Johanson") has filed an Acceptance

2 of Service of the Summons and Complaint this same date; and

3  WHEREAS there are other Defendants who have not yet been served;

4  NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

5  Defendant Johanson's answer or other response to the Complaint will be due thirty

6 (30) days after counsel for Defendant Johanson is notified by counsel for Plaintiff that all

7 Defendants have been served.

8

9  DATED: July 31, 2007

10

| KELLER ROHRBACK, P.L.C. | Groom Law Group, Chartered |
|---|---|
| By: /s/ Ron Kilgard | By: /s/ Christopher J. Rillo *(with consent)* |
| Ron Kilgard | Christopher J. Rillo |
| Gary A. Gotto | 1701 Pennsylvania Avenue, N.W. |
| Gary D. Greenwald | Washington, D.C.  20006-5811 |
| 3101 North Central Avenue, Suite 1400 | Tel:  (202) 857-0620 |
| Phoenix, Arizona 85012 | Fax:  (202 659-4503 |
|  | crillo@groom.com |
|  | Attorneys for Defendant David R. Johanson |

PDF created with pdfFactory trial version www.pdffactory.com

1
2  **ORDER**
3  For good cause shown, the terms of the Stipulation to Extend the Time for Defendant
4  Johanson to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED
5  to comply with its terms.
6
7
   Dated:  August 1, 2007
8
9  _____
   WILLIAM B. SHUBB
10 UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Robert Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

PDF created with pdfFactory trial version www.pdffactory.com

1  M. Taylor Florence
   John E. Spoomer
2  Bullivant Houser Bailey, P.C.
   1415 L Street, Suite 1000
3  Sacramento, California 95814

4  Erick C Howard
   Shartsis Friese L.L.P.
5  One Maritime Plaza
   18th Floor
6  San Francisco, CA 94111

7
   Christopher James Rillo
8  Groom Law Group, Chartered
   1701 Pennsylvania Avenue, N.W.
9  Washington, D.C.  20006-5811

10 Natalie P. Vance
   Klinedinst, P.C.
11 1107 9th Street
   Suite 680
12 Sacramento, California  95814

13

14                By: /s/ Ron Kilgard

PDF created with pdfFactory trial version www.pdffactory.com