1  Juli E. Farris (SBN 141716)
   KELLER ROHRBACK, L.L.P.
2  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
3  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
4  jfarris@kellerrohrback.com

5
   Ron Kilgard
6  Gary A. Gotto
   Gary D. Greenwald
7  KELLER ROHRBACK, P.L.C.
   3101 North Central Avenue, Suite 1400
8  Phoenix, Arizona 85012
   Telephone: (602) 248-0088
9  Facsimile: (602) 248-2822
   rkilgard@kellerrohrback.com
10 ggotto@kellerrohrback.com
   ggreenwald@kellerrohrback.com
11

12 Attorneys for Plaintiff

**FILED**
AUG - 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | ) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM |
| vs. | ) |
| CLAIR R. COUTURIER, JR., et al., | ) **STIPULULATION FOR ENLARGEMENT OF TIME FOR CLAIR R. COUTURIER, JR. TO RESPOND TO COMPLAINT** |
| Defendants, | ) |
| and | ) |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | ) |
| Nominal Defendants. | ) |

WHEREAS, Defendant Clair R. Couturier, Jr. has filed an Acceptance of Service of the Summons and Complaint; and

WHEREAS there are other Defendants who have not yet been served;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

Mr. Couturier's answer or other response to the Complaint will be due thirty (30) days after counsel for Mr. Couturier is notified by counsel for Plaintiff that all Defendants have been served.

DATED: July 31, 2007

| KELLER ROHRBACK, P.L.C. | Morgan, Lewis & Bockius, L.L.P. |
|---|---|
| By: /s/ Ron Kilgard | By: /s/ Theodore M. Becker *(with consent)* |
| Ron Kilgard | Theodore M. Becker |
| Gary A. Gotto | 77 West Wacker Drive |
| Gary D. Greenwald | 5th Floor |
| 3101 North Central Avenue, Suite 1400 | Chicago, Illinois 60601 |
| Phoenix, Arizona 85012 | 312-324-1000 |
| | Fax: 312-324-1001 |
| | Email: tbecker@morganlewis.com |
| | Attorneys for Defendant Clair Couturier, Jr. |

## ORDER

For good cause shown, the terms of the Stipulation to Extend the Time for Defendant Couturier to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: __8/1__, 2007

*[signature]*

The Honorable William B. Shubb
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon 97221
Attorneys for Defendant Robert Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacrament, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

1  M. Taylor Florence
   John E. Spoomer
2  Bullivant Houser Bailey, P.C.
   1415 L Street, Suite 1000
3  Sacramento, California 95814

4  Erick C Howard
   Shartsis Friese L.L.P.
5  One Maritime Plaza
   18th Floor
6  San Francisco, CA 94111

7
   Christopher James Rillo
8  Groom Law Group, Chartered
   1701 Pennsylvania Avenue, N.W.
9  Washington, D.C.  20006-5811

10 Natalie P. Vance
   Klinedinst, P.C.
11 1107 9th Street
   Suite 680
12 Sacramento, California  95814

13

14           By: /s/ Ron Kilgard