1   Juli E. Farris (SBN 141716)
    KELLER ROHRBACK, L.L.P.
2   1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
3   Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
4   jfarris@kellerrohrback.com

5
    Attorneys for Plaintiff
6   Additional Counsel on Signature Page

7                    **UNITED STATES DISTRICT COURT**
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8                        **SACRAMENTO DIVISION**

9   DARLEEN STANTON,                          )
                                              )
10            Plaintiff,                       )   No. 2:07-CV-01208-WBS-JFM
11        vs.                                  )
                                              )   **REPLY TO RESPONSE TO**
12  CLAIR R. COUTURIER, JR., DAVID R.          )   **MOTION TO REASSIGN AND**
    JOHANSON, ROBERT E. EDDY, JOHANSON )          **CONSOLIDATE CASES**
13  BERENSON LLP, and PENSCO, INC.,            )
                                              )
14            Defendants,                      )
15        and                                  )
                                              )
16  THE EMPLOYEE OWNERSHIP HOLDING             )
    COMPANY, INC. EMPLOYEE STOCK               )
17  OWNERSHIP PLAN, NOLL                        )
    MANUFACTURING COMPANY,                     )
18  N &NW MANUFACTURING HOLDING                )
    COMPANY, INC. and THE EMPLOYEE             )
19  OWNERSHIP HOLDING COMPANY, INC.,           )
                                              )
20            Nominal Defendants.              )
21                                            )
                                              )
22  _____ )

23
            Three of the nominal defendants and Mr. Eddy urge the Court not to reassign this case
24
    to Judge Beistline, who has handled the essentially identical case, *Johnson v. Couturier,* No.
25
    2:05-CV-02046 RRB-KJM ("*Johnson*"), since November 2005.  These parties do not deny
26

                                          1

that *Johnson* is the lower numbered case, nor do they dispute that this case and *Johnson* are "related cases" within the meaning of E.D. Cal. L.R. 83-123.  And they do not deny that Judge Beistline has been assigned to the case since November 2005, or that in the past 18 months since the assignment, he has ruled on three major motions (Docket Nos. 94, 95 and 140) and now has five major motions (Docket Nos. 163, 165, 167, 185 and 195) pending before him.  Plainly the assignment of this case to Judge Beistline "is likely to effect a substantial savings of judicial effort."  E.D. Cal. L.R. 83-123(a)(3).

Notwithstanding all this, the moving defendants urge that this case should not be re-assigned to Judge Beistline because his location in Alaska "necessarily presents logistical issues."  Response at 2.  This argument goes nowhere.

First, any "logistical issues" were equally present in November 2005 when this District assigned the case to Judge Beistline.  The parties had no objection to the assignment at that time.

Second, in truth, there are no significant logistical issues.  The lawyers for the Plaintiff reside in Seattle and Phoenix, not Sacramento.  The lawyers for the three individual defendants, Mr. Couturier, Mr. Eddy, and Mr. Johanson, reside in Chicago, Portland, and Washington, D.C., respectively, not Sacramento.  These are the lawyers primarily involved in the case.  They are not inconvenienced by Judge Beistline's location in Anchorage, given the availability of air transportation, telephones and electronic communication, including e-filing.

The only Sacramento lawyers involved in the case are the lawyers for some of the nominal defendants and Mr. Johanson's law firm, Johanson Berenson.  Any inconvenience to the nominal defendants is minimal, given their limited role in the case.  The three nominal defendants who join in the present motion have not actively participated in the *Johnson* case; they have not even answered the complaint.  (They only filed a notice of appearance in

*Johnson* a few days ago.)  As to Johanson Berenson, the firm's liability is totally derivative of Mr. Johanson's liability.  Thus, the key representation is that of Mr. Johanson, which is being handled by Mr. Rillo in Washington, D.C.

In practice the assignment of the case to Judge Beistline has not inconvenienced anyone, not even Sacramento counsel.  Judge Beistline has ruled on all motions thus far without oral argument, as do many district judges.  Defense counsel in *Johnson* have not been shy about requesting oral argument on certain motions (*e.g.*, Docket Nos. 132, 163.5, 165, 167.2 and 203.5), and the few counsel who would actually need to attend any such argument can as easily get on a plane to Anchorage as one to Sacramento.

In short, there is nothing about the facts or circumstances of this case that warrants departure from the usual rule that related cases are assigned to the judge handling the first-filed, lower numbered case.  We urge the Court to follow that rule here.

DATED: August 2, 2007.


KELLER ROHRBACK, P.L.C.    KELLER ROHRBACK, L.L.P.
By:  /s/ Ron Kilgard       Juli E. Farris
Ron Kilgard         1201 Third Avenue, Suite 3200
Gary A. Gotto        Seattle, Washington 98101
Gary D. Greenwald
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012

Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 2, 2007 the foregoing was filed electronically.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Robert Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendant Noll Manufacturing Company
Employee Stock Ownership Plan and Trust

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

Erick C Howard
Shartsis Friese LLP
One Maritime Plaza
18th Floor
San Francisco, CA 94111

Christopher James Rillo
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5811

Natalie P. Vance
Klinedinst, P.C.
1107 9th Street
Suite 680
Sacramento, California  95814

By: /s/ Ron Kilgard