1   Donald P. Sullivan (SBN 191080)
    M. Michael Cole (SBN 235538)
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
3   San Francisco, CA  94105-1126
    Tel:     415-442-1000
4   Fax:    415.442-1001

5   Attorneys for Defendant
    CLAIR R. COUTURIER, JR.

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  DARLEEN STANTON,                        Case No. 2:07-CV-01208 WBS JFM

12              Plaintiffs,                 **NOTICE OF APPEARANCE OF
                                            DEFENDANT CLAIR R. COUTURIER**
13          vs.

14  CLAIR R. COUTURIER, JR., DAVID R.
    JOHANSON, ROBERT E. EDDY,
15  JOHANSON BERENSON LLP, and
    PENSCO, INC.,
16
                Defendants,
17
    and
18
    THE EMPLOYEE OWNERSHIP
19  HOLDING COMPANY, INC.
    EMPLOYEE STOCK OWNERSHIP
20  PLAN, NOLL MANUFACTURING
    COMPANY, N&NW
21  MANUFACTURING HOLDING
    COMPANY, INC., AND THE
22  EMPLOYEE OWNERSHIP HOLDING
    COMPANY, INC.
23
                Nominal Defendants.
24

25

26

27

28

1   TO:              Clerk of the Court

2   AND TO:          Gary A. Gotto
                     Gary D. Greenwald
3                    Juli E. Farris
                     Ron Kilgard
4                    KELLER ROHRBACK, LLP
                     Counsel for Darleen Stanton
5

6           PLEASE TAKE NOTICE that defendant Clair R. Couturier hereby appears in the above-

7   titled case by and through his attorneys, Donald P. Sullivan and M. Michael Cole of Morgan

8   Lewis & Bockius LLP, and requests that copies of all further pleadings and notices filed in this

9   action be served on the undersigned attorneys at the following address:

10                   Donald P. Sullivan, Esq.
                     M. Michael Cole, Esq.
11                   DPSullivan@MorganLewis.com
                     Morgan Lewis & Bockius LLP
12                   One Market, Spear Street Tower
                     San Francisco, CA  94105
13                   Telephone:  415-442-1323
                     Facsimile:  415-442-1001
14

15  Dated:  August 2, 2007               Respectfully submitted,

16
                                         By:  _____/S/ Donald P. Sullivan_____
17                                             Donald P. Sullivan
                                               M. Michael Cole
18                                             Attorneys for Defendant
                                               CLAIR R. COUTURIER
19

20  7584345v1

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:07-01208 WBS JFM
Notice of Couturier Appearance