Donald P. Sullivan (SBN 191080)
M. Michael Cole (SBN 235538)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415-442-1000
Fax:    415.442-1001

Attorneys for Defendant
CLAIR R. COUTURIER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLEEN STANTON,<br><br>            Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC.,<br><br>            Defendants,<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N&NW MANUFACTURING HOLDING COMPANY, INC., AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.<br><br>            Nominal Defendants. | Case No. 2:07-CV-01208 WBS JFM<br><br>**DEFENDANT CLAIR R. COUTURIER'S AND DAVID R. JOHANSON'S JOINDER IN RESPONSE OF DEFENDANT ROBERT E. EDDY AND NOMINAL DEFENDANTS NOLL MANUFACTURING COMPANY; N & NW MANUFACTURING HOLDING COMPANY, INC.; AND THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. TO PLAINTIFF'S MOTION TO REASSIGN AND CONSOLIDATE CASES** |

Defendants Clair R. Couturier and David R. Johanson hereby join in the Response of

Defendant Robert E. Eddy and Nominal Defendants Noll Manufacturing Company; N & NW

Manufacturing Holding Company, Inc.; and the Employee Ownership Holding Company, Inc. to

Plaintiff's Motion to Reassign and Consolidate Cases, filed July 26, 2007 at Docket No. 17 in the above-titled case.

Dated:  August 2, 2007                                  Respectfully submitted,

                                                        By:      /S/ Donald P. Sullivan
                                                                 Donald P. Sullivan
                                                                 M. Michael Cole
                                                                 Attorneys for Defendant
                                                                 CLAIR R. COUTURIER

7584345v1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 2:07-01208 WBS JFM
Joinder in Response to Plaintiff's Mot. to Consolidate