Christopher J. Rillo
Lars C. Golumbic
Dipal A. Shah
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
cjr@groom.com
lcg@groom.com
das@groom.com

*Attorneys for Defendant David R. Johanson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DARLEEN STANTON, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CLAIR R. COUTURIER, JR., DAVID R. ) <br> JOHANSON, ROBERT E. EDDY, JOHANSON ) <br> BERENSON LLP, and PENSCO, INC., ) <br> ) <br> Defendants. ) <br> and ) <br> ) <br> THE EMPLOYEE OWNERSHIP HOLDING ) <br> COMPANY, INC. EMPLOYEE STOCK ) <br> OWNERSHIP PLAN, NOLL ) <br> MANUFACTURING COMPANY, N & NW ) <br> MANUFACTURING HOLDING COMPANY, ) <br> INC. and THE EMPLOYEE OWNERSHIP ) <br> HOLDING COMPANY, INC. ) <br> ) <br> Nominal Defendants. ) <br> ) | Case No.: 2:07-cv-01208 WBS JFM <br><br> **NOTICE OF APPEARANCE OF DEFENDANT DAVID R. JOHANSON** |

Notice of Johanson Appearance                               1
Case No. 2:07-01208 WBS JFM

TO:        Clerk of the Court

AND TO:    Gary A. Gotto
           Gary D. Greenwald
           Juli E. Farris
           Ron Kilgard
           KELLER ROHRBACK, LLP
           *Counsel for Darleen Stanton*

PLEASE TAKE NOTICE that defendant David R. Johanson hereby appears in the above-titled case by and through his attorneys, Christopher J. Rillo, Lars C. Golumbic, and Dipal A. Shah of the Groom Law Group, Chartered, and requests that copies of all further pleadings and notices filed in this action be served on the undersigned attorneys at the following address:

Christopher J. Rillo, Esq.
Lars C. Golumbic, Esq.
Dipal A. Shah, Esq.
cjr@groom.com
lcg@groom.com
das@groom.com
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-857-0620
Facsimile: 202-659-4503

Dated:  August 3, 2007                    Respectfully submitted,

                                          By: /s/ Christopher J. Rillo, Esq.
                                          Christopher J. Rillo, Esq.
                                          Lars C. Golumbic, Esq.
                                          Dipal A. Shah, Esq.

                                          Attorneys for Defendant David R. Johanson

Notice of Johanson Appearance                 2
Case No. 2:07-01208 WBS JFM