Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | )<br>) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM<br>) |
| vs. | )<br>) **ACCEPTANCE OF SERVICE** |
| CLAIR R. COUTURIER, JR., et al., | ) **FOR DEFENDANT PENSCO, INC.**<br>) |
| Defendants, | ) |
| and | ) |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al., | )<br>)<br>) |
| Nominal Defendants. | ) |

1  Without waiver of any defenses, other than insufficiency of process or service of

2  process, as of this date, undersigned counsel hereby accepts service of the Summons and

3  Complaint in this matter on behalf of Defendant Pensco, Inc.

4  DATED: August 3, 2007

Shartsis Friese, LLP
By: /s/ Erick C. Howard *(with consent)*
Erick C. Howard
One Maritime Plaza, 18th Floor
San Francisco, California 94111
Tel:  (415) 421-6500
Fax:  (415) 421-2922
ehoward@sflaw.com
Attorneys for Defendant Pensco, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2007 the foregoing was filed electronically.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

| | |
|---|---|
| 1 | |
| 2 | Lois O. Rosenbaum |
| | Stoel Reves, L.L.P. |
| 3 | 900 S.W. 5th Avenue |
| | Portland, Oregon  97221 |
| 4 | Attorneys for Defendant Eddy |
| 5 | |
| | Cynthia J. Larsen |
| 6 | Orrick, Herrington & Sutcliffe LLP |
| | 400 Capitol Mall, Suite 3000 |
| 7 | Sacrament, CA 95814 |
| | Attorneys for Nominal Defendants Noll Manufacturing Company, |
| 8 | N & NW Manufacturing Holding Company, Inc., |
| | and The Employee Ownership Holding Company, Inc. |
| 9 | |
| 10 | John E. Spoomer |
| | Bullivant Houser Bailey, P.C. |
| 11 | 1415 L Street, Suite 1000 |
| | Sacramento, California 95814 |
| 12 | Attorneys for Defendants |
| | Employee Ownership Holding Company, Inc., |
| 13 | Employee Stock Ownership Plan |
| 14 | |
| | Donald Patrick Sullivan |
| 15 | Morgan, Lewis & Bockius, L.L.P. |
| | One Market |
| 16 | Spear Street Tower |
| | San Francisco, California 94105 |
| 17 | Attorneys for Defendant Couturier |
| 18 | |
| | Christopher James Rillo |
| 19 | Groom Law Group, Chartered |
| | 1701 Pennsylvania Avenue, N.W. |
| 20 | Washington, D.C. 20006-5811 |
| | Attorneys for Defendant Johanson |
| 21 | |
| 22 |     The foregoing was also served via email on the counsel listed below. |
| 23 | |
| | Theodore M. Becker |
| 24 | Morgan, Lewis & Bockius, L.L.P. |
| | 77 West Wacker Drive |
| 25 | Chicago, Illinois 60601 |
| 26 | |

| | |
|---|---|
| 1 | Erick C. Howard |
| | Shartsis Friese L.L.P. |
| 2 | One Maritime Plaza |
| | 18th Floor |
| 3 | San Francisco, CA 94111 |
| 4 | |
| | Natalie P. Vance |
| 5 | Klinedinst, P.C. |
| | 1107 9th Street |
| 6 | Suite 680 |
| | Sacramento, California  95814 |
| 7 | |
| 8 | By: /s/ Ron Kilgard |