Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CLAIR R. COUTURIER, JR., et al., ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> THE EMPLOYEE OWNERSHIP HOLDING ) <br> COMPANY, INC. EMPLOYEE STOCK ) <br> OWNERSHIP PLAN, et al., ) <br> ) <br> Nominal Defendants. ) <br> ) <br> ) | No. 2:07-CV-01208-WBS-JFM <br><br> **Notice of Completion of Service** |

Plaintiff gives this notice that all Defendants have accepted service of the summons and complaint in this matter.

DATED: August 3, 2007.

| | |
|---|---|
| KELLER ROHRBACK, P.L.C.<br>By: /s/ Ron Kilgard<br>Ron Kilgard<br>Gary A. Gotto<br>Gary D. Greenwald<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012 | KELLER ROHRBACK, L.L.P.<br>Juli E. Farris<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 |

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacrament, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendants
Employee Ownership Holding Company, Inc.,
Employee Stock Ownership Plan

Donald Patrick Sullivan
Morgan, Lewis & Bockius, L.L.P.
One Market
Spear Street Tower
San Francisco, California 94105
Attorneys for Defendant Couturier

Christopher James Rillo
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5811
Attorneys for Defendant Johanson

By: /s/ Ron Kilgard

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

Erick C. Howard
Shartsis Friese L.L.P.
One Maritime Plaza
18th Floor
San Francisco, CA 94111

1

2 Natalie P. Vance
Klinedinst, P.C.
3 1107 9th Street
Suite 680
4 Sacramento, California  95814

5

By: /s/ Ron Kilgard

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26