Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com


Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON,<br><br>            Plaintiff,<br>     vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>            Defendants,<br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.,<br><br>            Nominal Defendants. | No. 2:07-CV-01208-WBS-JFM<br><br>STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT PENSCO, INC. RESPOND TO COMPLAINT |

WHEREAS, the Defendant Pensco, Inc. ("Pensco") has filed an Acceptance of Service of the Summons and Complaint this same date; and

WHEREAS the other Defendants were served on various dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

Defendant Pensco's answer or other response to the Complaint will be due thirty (30) days after counsel for Defendant Pensco is notified by counsel for Plaintiff that all Defendants have been served.

DATED: August 3, 2007

| KELLER ROHRBACK, P.L.C. | Shartsis Friese, LLP |
|---|---|
| By: /s/ Ron Kilgard | By: /s/ Erick C. Howard (with consent) |
| Ron Kilgard | Erick C. Howard |
| Gary A. Gotto | One Maritime Plaza, 18th Floor |
| Gary D. Greenwald | San Francisco, California 94111 |
| 3101 North Central Avenue, Suite 1400 | Tel:  (415) 421-6500 |
| Phoenix, Arizona 85012 | Fax:  (415) 421-2922 |
|  | ehoward@sflaw.com |
|  | Attorneys for Defendant Pensco, Inc. |

2

ORDER

For good cause shown, the terms of the Stipulation to Extend the Time for Defendant Pensco to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: August 3, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendants
Employee Ownership Holding Company, Inc.,
Employee Stock Ownership Plan

|   |   |
|---|---|
| 1 | Donald Patrick Sullivan |
|   | Morgan, Lewis & Bockius, L.L.P. |
| 2 | One Market |
|   | Spear Street Tower |
| 3 | San Francisco, California 94105 |
|   | Attorneys for Defendant Couturier |

Christopher James Rillo
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5811
Attorney for Defendant Johanson

The foregoing was also served via email on the counsel listed below.

Theodore M. Becker
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601

Erick C. Howard
Shartsis Friese L.L.P.
One Maritime Plaza
18th Floor
San Francisco, CA 94111

Natalie P. Vance
Klinedinst, P.C.
1107 9th Street
Suite 680
Sacramento, California  95814

By: /s/ Ron Kilgard

5