Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrorhback.com


Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrorhback.com
ggotto@kellerrorhback.com
ggreenwald@kellerrorhback.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | ) No. 2:07-CV-01208-WBS-JFM |
| | ) |
| Plaintiff, | ) STIPULATION FOR |
| vs. | ) ENLARGEMENT OF TIME FOR |
| | ) DEFENDANT PENSCO, INC. |
| CLAIR R. COUTURIER, JR., et al., | ) RESPOND TO COMPLAINT |
| | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| THE EMPLOYEE OWNERSHIP HOLDING | ) |
| COMPANY, INC. EMPLOYEE STOCK | ) |
| OWNERSHIP PLAN, et al., | ) |
| | ) |
| Nominal Defendants. | ) |
| | ) |
| | ) |

WHEREAS, the Defendant Pensco, Inc. ("Pensco") has filed an Acceptance of

Service of the Summons and Complaint this same date; and

WHEREAS the other Defendants were served on various dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that:

Defendant Pensco's answer or other response to the Complaint will be due thirty (30)

days after counsel for Defendant Pensco is notified by counsel for Plaintiff that all Defendants

have been served.


DATED: August 3, 2007

KELLER ROHRBACK, P.L.C.                    Shartsis Friese, LLP
By: /s/ Ron Kilgard                        By:_/s/ Erick C. Howard (with consent)
Ron Kilgard                                Erick C. Howard
Gary A. Gotto                              One Maritime Plaza, 18th Floor
Gary D. Greenwald                          San Francisco, California 94111
3101 North Central Avenue, Suite 1400      Tel:  (415) 421-6500
Phoenix, Arizona 85012                     Fax:  (415) 421-2922
                                           ehoward@sflaw.com
                                           Attorneys for Defendant Pensco, Inc.

For good cause shown, the terms of the Stipulation to Extend the Time for Defendant Pensco to Respond to Plaintiff's Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: August 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2007 the foregoing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Attorneys for Plaintiff

Juli E. Farris
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Attorneys for Plaintiff

Lois O. Rosenbaum
Stoel Reves, L.L.P.
900 S.W. 5th Avenue
Portland, Oregon  97221
Attorneys for Defendant Eddy

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacrament, CA 95814
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

John E. Spoomer
Bullivant Houser Bailey, P.C.
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendants
Employee Ownership Holding Company, Inc.,
Employee Stock Ownership Plan

| | |
|---|---|
| 1 | Donald Patrick Sullivan<br>Morgan, Lewis & Bockius, L.L.P. |
| 2 | One Market<br>Spear Street Tower |
| 3 | San Francisco, California 94105<br>Attorneys for Defendant Couturier |
| 4 | |
| 5 | Christopher James Rillo<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, N.W. |
| 6 | Washington, D.C. 20006-5811<br>Attorney for Defendant Johanson |
| 7 | |
| 8 | |
| 9 | The foregoing was also served via email on the counsel listed below. |
| 10 | Theodore M. Becker<br>Morgan, Lewis & Bockius, L.L.P. |
| 11 | 77 West Wacker Drive<br>Chicago, Illinois 60601 |
| 12 | |
| 13 | Erick C. Howard<br>Shartsis Friese L.L.P.<br>One Maritime Plaza |
| 14 | 18th Floor<br>San Francisco, CA 94111 |
| 15 | |
| 16 | Natalie P. Vance<br>Klinedinst, P.C.<br>1107 9th Street |
| 17 | Suite 680<br>Sacramento, California  95814 |
| 18 | |
| 19 | By: /s/ Ron Kilgard |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 5 |