Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com
ggotto@kellerrohrback.com
ggreenwald@kellerrohrback.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON, | ) |
| | ) |
| Plaintiff, | ) No. 2:07-CV-01208-WBS-JFM |
| vs. | ) |
| | ) **Notice of Service of Civil New Case** |
| CLAIR R. COUTURIER, JR., et al., | ) **Documents** |
| | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| THE EMPLOYEE OWNERSHIP HOLDING | ) |
| COMPANY, INC. EMPLOYEE STOCK | ) |
| OWNERSHIP PLAN, et al., | ) |
| | ) |
| Nominal Defendants. | ) |
| | ) |

1   Plaintiff gives this notice that counsel for all Defendants were this same date served

2 via e-mail with the "CIVIL NEW CASE DOCUMENTS" issued by the Clerk as Document

3 No. 4 on June 21, 2007.

4   DATED: August 13, 2007.

5

6 KELLER ROHRBACK, P.L.C.              KELLER ROHRBACK, L.L.P.
By: /s/ Ron Kilgard                   Juli E. Farris
7 Ron Kilgard                          1201 Third Avenue, Suite 3200
Gary A. Gotto                         Seattle, Washington 98101
8 Gary D. Greenwald
3101 North Central Avenue, Suite 1400
9 Phoenix, Arizona 85012

10                   Attorneys for Plaintiff

11
                **CERTIFICATE OF SERVICE**
12
     The undersigned hereby certifies that on August 13, 2007 the foregoing was filed
13
electronically.  Notice of this filing will be sent to all parties listed below by operation of the
14
Court's electronic system.  Parties may access this filing through the Court's system.
15

16          **Gary A. Gotto**
            Keller Rohrback, PLC
17          3101 North Central Avenue
            Suite 1400
18          Phoenix, AZ 85012
            Phone: 602-248-0088
19          Fax: 602-248-2822
            Email: ggotto@krplc.com
20          Attorneys for Plaintiff

21
            **Gary D. Greenwald**
22          Keller Rohrback, PLC
            3101 North Central Avenue
23          Suite 1400
            Phoenix, AZ 85012-2643
24          Phone: (602) 230-6326
            Fax: (602) 248-2822
25          Email: ggreenwald@kellerrohrback.com
            Attorneys for Plaintiff
26

| | |
|---|---|
| 1 | **Juli E. Farris** |
| | Keller Rohrback LLP |
| 2 | 1201 Third Avenue |
| | Suite 3200 |
| 3 | Seattle, WA 98101 |
| | Phone: 206-623-1900 |
| 4 | Fax: 206623-3384 |
| | Email: jfarris@kellerrohrback.com |
| 5 | Attorneys for Plaintiff |
| 6 | |
| | **Ron Kilgard** |
| 7 | Keller Rohrback, PLC |
| | 3101 North Central Avenue |
| 8 | Suite 1400 |
| | Phoenix, AZ 85012 |
| 9 | Phone: 602-248-0088 |
| | Fax: 602-248-2822 |
| 10 | Email: rkilgard@krplc.com |
| 11 | Attorneys for Plaintiff |
| 12 | **Donald Patrick Sullivan** |
| | Morgan, Lewis & Bockius, LLP |
| 13 | One Market |
| | Spear Street Tower |
| 14 | San Francisco, CA 94105 |
| | Phone: (415) 442-1323 |
| 15 | Fax: (415) 442-1001 |
| 16 | Email: dpsullivan@morganlewis.com |
| | Attorneys for Defendant Couturier |
| 17 | |
| | **Christopher James Rillo** |
| 18 | Groom Law Group, Chartered |
| | 1701 Pennsylvania Ave., NW |
| 19 | Washington, DC 20006 |
| | Phone: 202-857-0620 |
| 20 | Fax: 202-459-6503 |
| 21 | Email: crillo@groom.com |
| | Attorneys for Defendant Johanson |
| 22 | |
| | **Lois Omenn Rosenbaum** |
| 23 | Stoel Rives LLP |
| | 900 SW Fifth Avenue |
| 24 | Suite 2600 |
| | Portland, OR 97204-1268 |
| 25 | Phone: (503) 294-9293 |
| | Fax: (503) 220-2480 |
| 26 | Email: lorosenbaum@stoel.com |
| | Attorneys for Defendant Eddy |

**Erick C. Howard**
Shartsis Friese LLP
One Maritime Plaza
18th Floor
San Francisco, CA 94111
Phone: (415) 421-6500
Fax: (415) 421-2922
Email: ehoward@sflaw.com
Attorneys for Defendant Pensco, Inc.

**Cynthia J. Larsen**
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Phone: (916) 329-7970
Fax: (916) 329-4900
Email: clarsen@orrick.com
Attorneys for Nominal Defendants Noll Manufacturing Company,
N & NW Manufacturing Holding Company, Inc.,
and The Employee Ownership Holding Company, Inc.

**John E. Spomer, III**
Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Phone: (916) 930-2500
Fax: (916) 930-2501
Email: john.spomer@bullivant.com
Attorneys for Defendant Employee Ownership Holding Company, Inc.,
Employee Stock Ownership Plan

The foregoing was also served via email on the counsel listed below.

**Theodore M. Becker**
Morgan, Lewis & Bockius, L.L.P.
77 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 324-1000
Fax: (312) 324-1001
Email: tbecker@morganlewis.com
Attorneys for Defendant Couturier

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Natalie P. Vance**
Klinedinst, P.C.
1107 9th Street
Suite 680
Sacramento, California  95814
Phone: 916-444-7573
Fax: 916-444-7544
Email: nvance@klinedinstlaw.com
Attorneys for Defendant Johanson Berenson

By: /s/ Ron Kilgard