Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DARLEEN STANTON and KELLY MORRELL,<br><br>        Plaintiffs,<br>    v.<br><br>BRUCE P. COUTURIER,<br><br>        Defendant,<br><br>    and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, a Delaware Corporation,<br><br>        Nominal Defendant. | No. 2:09-cv-00519-FCD-EFB<br><br>**NOTICE OF RELATED CASES** |

Pursuant to E.D. Cal. L.R. 83-123, Plaintiffs give notice that their action is related to two other cases pending in this District, namely, *Johnson v. Couturier,* No. 2:05-cv-02046 RRB-GGH, and *Stanton v. Couturier, et al.* No. 2:07-cv-01208 RRB-JFM. The *Stanton* case was consolidated with the *Johnson* case by order of Judge Beistline on August 21, 2007.

1

This action involves the award of compensation and stock option benefits to Bruce Couturier while the *Johnson* and *Stanton* cases involve the issue of compensation, stock options, and other benefits awarded to Clair Couturier between 2001 and 2003. The cases are related in that Plaintiffs allege that Clair Couturier, David Johanson, and Robert Eddy all approved the compensation and benefits for Clair Couturier's brother, Bruce Couturier, so that Bruce Couturier would not object to the package of benefits awarded to his brother, Clair.

Judge Beistline, now assigned to the Johnson and Stanton cases, has already denied a Motion to Amend the pleadings in the *Johnson* and *Stanton* cases to include the claims against Bruce Couturier. As a result, Plaintiffs are now filing the claims against Bruce Couturier as a separate independent action. Because Judge Beistline is familiar with the issues in all three cases, it would be appropriate to assign all three actions to a single judge.

DATED: February 23, 2009.

                    KELLER ROHRBACK, L.L.P.

                    By:   */s/ Juli E. Farris*
                    Juli E. Farris
                    1201 Third Avenue, Suite 3200
                    Seattle, Washington 98101

                    Attorneys for Plaintiffs