IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY JOHNSON, et al., | | |
| | Plaintiff, | No. CIV S-05-2046 RRB GGH |
| | vs. | |
| CLAIR R. COUTURIER, JR., et al., | | |
| | Defendants. | |
| _____/ | | |
| DARLEEN STANTON, | | |
| | Plaintiff, | No. CIV S-07-1208 WBS JFM |
| | vs. | |
| CLAIR R. COUTURIER, JR., et al., | | ORDER |
| | Defendants. | |
| _____/ | | |

    This court has recently come across documents submitted by defendant PENSCO, Inc. to the undersigned for *in camera* review on November 26, 2008. These documents were originally ordered to be submitted for *in camera* review by Judge Mueller on January 18, 2008. After a request for reconsideration of that order, Judge Beistline affirmed Judge Mueller's order on October 15, 2008. Unfortunately, the documents became misplaced in chambers until the

1

1  present time.  Before the court begins work on reviewing the documents, the parties will be
2  directed to inform the court whether they are in fact still at issue, in light of the significant time
3  period elapsed.
4          Accordingly, IT IS ORDERED that the parties submit a joint statement within ten
5  days of this order which states whether these documents submitted for *in camera* review are still
6  at issue, requiring a decision by the undersigned.
7  Dated: May 11, 2009

/s/ Gregory G. Hollows

_____
U.S. Magistrate Judge

GGH:076
couturier2046.sts