1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY JOHNSON, et al.,

11            Plaintiff,              No. CIV S-05-2046 RRB GGH

12        vs.

13   CLAIR R. COUTURIER, JR., et al.,

14            Defendants.

15   _____/

16   DARLEEN STANTON,

17            Plaintiff,              No. CIV S-07-1208 WBS JFM

18        vs.

19   CLAIR R. COUTURIER, JR., et al.,     ORDER

20            Defendants.

21   _____/

22            This court has recently come across documents submitted by defendant PENSCO,

23   Inc. to the undersigned for *in camera* review on November 26, 2008.  These documents were

24   originally ordered to be submitted for *in camera* review by Judge Mueller on January 18, 2008.

25   After a request for reconsideration of that order, Judge Beistline affirmed Judge Mueller's order

26   on October 15, 2008.  Unfortunately, the documents became misplaced in chambers until the

                                    1

1   present time. Before the court begins work on reviewing the documents, the parties will be

2   directed to inform the court whether they are in fact still at issue, in light of the significant time

3   period elapsed.

4                Accordingly, IT IS ORDERED that the parties submit a joint statement within ten

5   days of this order which states whether these documents submitted for *in camera* review are still

6   at issue, requiring a decision by the undersigned.

7   Dated: May 11, 2009

                   /s/ Gregory G. Hollows

8                 _____

                   U.S. Magistrate Judge

9   GGH:076

    couturier2046.sts

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26